**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

FILED JUL 13 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA** :
:
**v.** : **CR No.: 04-84ML**
:
**LENARD GIBSON** :

**DEFENDANT'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR A COURT APPOINTED ATTORNEY**

Now comes the Defendant, Lenard Gibson, and pursuant to F.R.A.P. 24(a) hereby moves this Honorable Court to allow him to proceed on appeal in forma pauperis and for a court appointed attorney.

In support of this motion, Defendant relies upon the accompanying Affidavit.

Respectfully submitted,
Defendant, Lenard Gibson
by his attorney,

John M. Verdecchia, Esq. #3374
1209 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a true copy of the enclosed Motion to Richard W. Rose, Assistant United States Attorney, 50 Kennedy Plaza, Fleet Center - 8th Floor, Providence, Rhode Island 02903 on this 11th day of July, 2005.

Irma Imcotre

The motion to proceed in forma pauperis is granted. Defendant's motion for appointment of counsel must be filed with the Court of Appeals.
Mary M. Lisi USDJ 7/18/05