# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**

**V.** **CR. 04-084ML**

**LENARD GIBSON**

## ORDER

**Defendant/Appellant's Application to proceed in forma pauperis is herby GRANTED.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**August 4 , 2005**

**ENTERED as an Order of this Court on August 5 ,2005.**

Barbara Barletta

**Deputy Clerk**