UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

November 15, 2005

Clerk of Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: CR 04-084ML **CCA# 05-1597**
USA v. Lenard Gibson

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ____________________
John Duhamel
DEPUTY CLERK
*(401) 752-7205*

encl: Certified Docket
**Doc# 56: 12/14/04 empanelment transcript**
**Doc# 57 [2 vols.]: 12/15, 12/16/04 trial transcript**