**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. CR 04-084ML

LENARD GIBSON

**RETURN RECEIPT FOR EXHIBITS**

Government's Exhibits: 5, 6, 9, 10, 11, 12, 13

David A. DiMarzio
Clerk of Court

By: [signature]
Deputy Clerk

Received by: [signature]

DATE: 5-30-06

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. LENARD GIBSON

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 04 084ML

| PRESIDING JUDGE | ~~PLAINTIFF'S~~ GOVT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Richard W. Rose (govt) | John M. Verdecchia |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/15/04 to 12/16/04 | Angela Gallogly | John Duhamel |

12/15/04

| ~~PLF.~~ Govt NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| → | | → | | | W-1 MICHAEL PAYNE ATF AGENT |
| 1 | | 12.15.04 | | ✓ | Glock pistol in case |
| 2 | | " | | ✓ | Jennings/Bryco pistol in box |
| 3 | | " | | ✓ | 45 Caliber Ammunition |
| 4 | | " | | ✓ | 32 Caliber Ammunition |
| ✓ 5 | | " | | ✓ | Camouflage Carrying case |
| ✓ 6 | | " | | ✓ | trigger lock |
| ✓ 9 | | " | | ✓ | Receipt from E.P. Firearms - downpayment |
| ✓ 10 | | " | | ✓ | Receipt from EP Firearms - final |
| → | | | | | W-2 Kenneth Vieira |
| ✓ 11 | | " | | ✓ | Stipulation : Interstate Commerce |
| ✓ 12 | | " | | ✓ | " : Firearms |
| ✓ 13 | | " | | ✓ | " : Prior Conviction |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* (Exhibits 1–4 bracketed)

include a notation as to the location of any exhibit not held with the case file or not available because of size.

* Exhs 1 → 4 retrieved by Govt on 12/16/04



33