04-00084
USDC/R
Lisi

# United States Court of Appeals
## For the First Circuit

No. 05-1597

UNITED STATES OF AMERICA,

Appellee,

MANDATE

v.

LENARD GIBSON,

Defendant, Appellant.

**JUDGMENT**

Entered: May 23, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Lenard Gibson's motion for a new trial is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/14/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Safar, Mr. Rose & Mr. Lockhart.]