UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LENARD GIBSON

vs. CR 04-084ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the attached Motion for Leave to File an Extenstion of Time to File a § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before **October 22, 2007.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
October 10 , 2007

Entered as an Order of this Court on October 10 , 2007.

Deputy Clerk

OFFICE OF THE CLERK

Filed 9.24.07

LENARD GIBSON
Petitioner,

v.

UNITED STATES OF AMERICA
Respondant.

CASE# CR04-84ML

## MOTION FOR LEAVE TO FILE AN EXTENTION OF TIME

NOW COMES The appellate Lenard Gibson, Pro'se, and respectfully moves this Honorable Court to extend the time in which he may file his §2255 motion from October 2, 2007 to November 10, 2007, pursuant to this court's authority under rule 24(4)(d) of the local rules for the UNITED STATES DISTRICT COURT for the District of Rhode Island.

Appellant has spent significant time reviewing documents in the custody of the Government but due to the fact U.S.P. Canaan was a new facility when appellant arrived, the law library was not set up and lacked any legal materials. In addition, there has been delays in obtaining copies of selected documents.

This motion is not for dilatory purposes but rather to ensure the appelant's fair rights fully and adequately represented in his motion wherefore, the court is respectfully urged to extent the time in which appelant may file his §2255 motion.

CERTIFICATE OF SERVICE

The undersighned, Lenard Gibson, hearby certifies that the 18th day of September, 2007, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE AN EXTENTION OF TIME was mailed by first class mail to: 1 Exchange Terrace (119) FEDERAL BUILDING&COURTHOUSE Providence, Rhode Island 02903-1779 (OFFICE OF THE CLERK)

Respectfully submitted,

Lenard Gibson#05503070
U.S.P. CANAAN
P.O. Box 300
Waymart, Pennsylvania 18472