THE UNITED STATES DISTRICT COURT
THE DISTRICT OF RHODE ISLAND

LENARD GIBSON
Petitioner,

v.

UNITED STATES OF AMERICA
Respondant.

Cr. No. 04-084ML

MOTION TO OBJECT TO PROSECUTOR'S RESPONSE OF PETITIONER'S MOTION FOR EXTENTION OF TIME TO FILE A § 2255 PETITION FOR WRIT OF HABEAS CORPUS

Petitioner's motion for more time in which to file his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 should not be denied because petitoner did in fact comply with the statutory time limits for filing a § 2255 petition.

FACTS

Petitioner was convicted of being a felon in possession of a firearm after a jury trial. On April 13, 2005, he was sentenced to 120 months imprisonment. Petitioner filed a notice of appeal and his conviction was affirmed by the First Circuit Court of Appeals on May 23, 2006. The First Circuit Court of Appeals issued it's mandate on June 14, 2006. Appeals attorney Aziz Safar filed a petition for Writ of Certiorari for petitioner and the Supreme Court entered the order and denied the petitioner's motion on October 2, 2006. Petitioner learned of this after reciveing a notice of denial and a letter from Aziz Safar after October 19,2006. SEE ATTACHED PETITION AND NOTICES. Time had not expired on August 22, 2007 and when petitioner mailed his Motion for extention of

time to file § 2255 on September 18, 2007 the dead line had not passed. Petitioners final judgment was on October 2, 2006.

## LAW

"A motion by a federal prisoner for post conviction relief under 28 U.S.C. § 2255 is subject to a one-year time limitation that generally runs from 'the date on which the judgment of conviction becomes final.'" Clay v. UNITED STATES, 537 U.S. 522, 524 (2003).

## CONCLUSION

For the reasons stated above and the documents to prove that a writ of Certiorari was filed, the petitioner prays that this motion is granted. Petitioner filed his motion for extention of time and his § 2255 petition within the one -year time limit.

Respectfully Submitted,

Lenard Gibson, prose
P/O. BOX 300
Waymart, Pennsylvania 18472

CERTIFICATION

I hereby certify that on November ____, 2007, a copy of the within "Motion to object to prosecutor's response of petitioner's motion for extention of time to file a § 2255 petition for writ of habeas corpus was mailed to: One Exchange Terrace(119) FEDERAL BUILDING AND COURT HOUSE, Providence, Rhode Island 02903-1779 (office of the clerk) and the U.S. Attorney's Office 50 Kennedy Plaza, 8th Floor Providence, Rhode Island 02903.

Respectfully,

Lenard Gibson prose#05503-070
P.O. BOX 300
Waymart, Pennsylvania 18472

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

Mr. Aziz Safar
Safar Law Office
350 5th Avenue
Suite 3304
New York, NY 10118

Re: Lenard Gibson
v. United States
No. 05-11492

Dear Mr. Safar:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

**No. __________**

**In The**
**Supreme Court of the United States**

**LENARD GIBSON,**
Petitioner,

**v.**

**UNITED STATES OF AMERICA,**
Respondent.

On Petition For Writ of Certiorari
To The United States Court of Appeals
For the First Circuit

**PETITION FOR WRIT OF CERTIORARI**

Aziz Safar, Esquire

Safar Law Office
350 5th Avenue, Suite 3304
New York, NY 10118
(212) 741-1222
(212) 971-9740